Opinion issued March 10, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00177-CV

_____

**JAMES KEVIN KEEL, Appellant**

**V.**

**BO  STALLMAN, Appellee**

---

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. CI68011**

---

## MEMORANDUM OPINION

Appellant, proceeding pro se, filed a brief on September 8, 2025 that failed to comply with most of the requirements of Texas Rule of Appellate Procedure 38.1. On October 7, 2025, the Court issued an order directing appellant to file a corrected brief addressing the listed deficiencies by October 27, 2025 or the Court might

dismiss the appeal. *See* TEX. R. APP. P. 38.1, 38.9. Appellant filed a brief on October 31, 2025 that failed to correct the deficiencies listed in the Court's October 7, 2025 order. On November 5, 2025, appellee filed a motion to dismiss the appeal, asserting that appellant had failed to correct the deficiencies in the Court's order.

Because appellant has not filed a brief in compliance with this Court's October 7, 2025 order, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.